LOEB & LOEB LLP
DEVIN A. DONOHUE (SBN 190030)
ddonohue@loeb.com
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067
Telephone:   310.282.2000
Facsimile:   310.282.2200

ANDREW M. HUTCHISON (SBN 289315)
ahutchison@loeb.com
Two Embarcadero Center, Suite 2320
San Francisco, CA 94111
Telephone:   415.903.3200
Facsimile:   415.903.3201

Attorneys for Defendant
UBS FINANCIAL SERVICES INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN BLOM, an individual; and IDA IRENA KOLANKIEWICZ-BLOM, an individual, <br><br>        Plaintiff, <br><br>    v. <br><br> UBS FINANCIAL SERVICES INC., a Delaware corporation; and DOES 1 through 50, inclusive, <br><br>        Defendants. | Case No.: <br><br> **DECLARATION OF ANDREW M. HUTCHISON IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT** <br><br> [*Filed concurrently with Notice of Removal*] <br><br> Complaint Filed:   July 22, 2021 |

I, Andrew M. Hutchison, hereby declare as follows:

1.      I am an attorney at law duly licensed to practice in the State of California and in the United States District Court for the Northern District of California.  I am an attorney of Loeb & Loeb LLP, counsel of record for Defendant UBS Financial Services Inc. ("Defendant"), in the above-referenced matter.  I have personal knowledge of the matters stated below or based my knowledge on my review of the case file.  As to those

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

22280598.2
239779-10008

_____
DECLARATION OF ANDREW M. HUTCHISON IN SUPPORT OF
DEFENDANT'S NOTICE OF REMOVAL OF ACTION TO FEDERAL
COURT

matters stated on information and belief, I believe them to be true. If called as a witness, I could and would testify competently thereto.

2.     Attached hereto as **Exhibit A** is a true and correct copy of the Complaint filed in action entitled, *Jan Blom et al. v. UBS Financial Services Inc. et al.*, Case No. 21CV386012, filed in the Superior Court for the State of California for the County of Santa Clara (the "Superior Court Action")

3.     Attached hereto as **Exhibit B** is a true and correct copy of the Summons filed in the Superior Court Action.

4.     Attached hereto as **Exhibit C** is a true and correct copy of the Proof of Service of Summons filed in the Superior Court action showing that Defendant was served on April 29, 2022.

5.     Attached hereto as **Exhibit D** is a true and correct copy of additional documents filed in the Superior Court Action that are available on the Superior Court's online public portal (https://portal.scscourt.org/).

6.     UBS Financial Services Inc. is a Delaware corporation with its principal place of business in Weehawken, New Jersey.

7.     Defendant is serving a Notice to Adverse Party of Filing Notice of Removal, together with the Notice of Removal, on Plaintiffs' counsel and will file these documents with the Clerk of the Superior Court for the State of California, County of Santa Clara.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 31, 2022.


*/s/ Andrew M. Hutchison*
ANDREW M. HUTCHISON

DECLARATION OF ANDREW M. HUTCHISON IN SUPPORT OF
DEFENDANT'S NOTICE OF REMOVAL OF ACTION TO FEDERAL
COURT

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

22280598.2
239779-10008

# EXHIBIT A

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| DALE N. CHEN ESQ. SBN 114701<br>LAW OFFICES OF DALE N CHEN<br>4655 OLD IRONSIDES DR. STE. 220<br>SANTA CLARA, CA 95054<br><br>TELEPHONE NO: 408-562-1000    FAX NO. *(Optional):* 415-434-8413<br>E-MAIL ADDRESS *(Optional):* dalechen@live.com<br>ATTORNEY FOR *(Name):* Jan Blom and Ida Irena Kolankiewicz-Blom | E-FILED<br>7/22/2021 4:36 PM<br>Clerk of Court<br>Superior Court of CA,<br>County of Santa Clara<br>21CV386012<br>Reviewed By: D Harris |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SANTA CLARA
STREET ADDRESS: 191 NORTH FIRST
MAILING ADDRESS: 191 NORTH FIRST
CITY AND ZIP CODE: SAN JOSE CA 95113
BRANCH NAME: DOWNTOWN COURTHOUSE

PLAINTIFF: Jan Blom and Ida Irena Kolankiewicz-Blom

DEFENDANT: UBS Financial Services Inc.

[✓] DOES 1 TO 50

| COMPLAINT—Personal Injury, Property Damage, Wrongful Death | CASE NUMBER: |
|---|---|
| [ ] AMENDED *(Number):*<br>Type *(check all that apply):*<br>[ ] MOTOR VEHICLE   [✓] OTHER *(specify):*<br> [ ] Property Damage   [✓] Wrongful Death<br> [✓] Personal Injury    [ ] Other Damages *(specify):*<br><br>Jurisdiction *(check all that apply):*<br>[ ] ACTION IS A LIMITED CIVIL CASE<br>Amount demanded  [ ] does not exceed $10,000<br>          [ ] exceeds $10,000, but does not exceed $25,000<br>[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint<br> [ ] from limited to unlimited<br> [ ] from unlimited to limited | 21CV386012 |

1. **Plaintiff** *(name or names):*  Jan Blom and Ida Irena Kolankiewicz-Blom

    alleges causes of action against **defendant** *(name or names):*
    UBS Financial Services Inc. and DOES 1 to 50

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. Each plaintiff named above is a competent adult
    a. [ ] **except** plaintiff *(name):*
        (1) [ ] a corporation qualified to do business in California
        (2) [ ] an unincorporated entity *(describe):*
        (3) [ ] a public entity *(describe):*
        (4) [ ] a minor  [ ] an adult
            (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
            (b) [ ] other *(specify):*
        (5) [ ] other *(specify):*
    b. [ ] **except** plaintiff *(name):*
        (1) [ ] a corporation qualified to do business in California
        (2) [ ] an unincorporated entity *(describe):*
        (3) [ ] a public entity *(describe):*
        (4) [ ] a minor  [ ] an adult
            (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
            (b) [ ] other *(specify):*
        (5) [ ] other *(specify):*

    [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Code of Civil Procedure, § 425.12<br>www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: Blom vs. UBS | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):*

    is doing business under the fictitious name *(specify):*

    and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
  a. ☑ **except** defendant *(name):* UBS Financial Service
    (1) ☐ a business organization, form unknown
    (2) ☑ a corporation
    (3) ☐ an unincorporated entity *(describe):*

    (4) ☐ a public entity *(describe):*

    (5) ☐ other *(specify):*

  c. ☐ **except** defendant *(name):*
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe):*

    (4) ☐ a public entity *(describe):*

    (5) ☐ other *(specify):*

  b. ☐ **except** defendant *(name):*
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe):*

    (4) ☐ a public entity *(describe):*

    (5) ☐ other *(specify):*

  d. ☐ **except** defendant *(name):*
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe):*

    (4) ☐ a public entity *(describe):*

    (5) ☐ other *(specify):*

  ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
  a. ☑ Doe defendants *(specify Doe numbers):* 1-50      were the agents or employees of other named defendants and acted within the scope of that agency or employment.
  b. ☑ Doe defendants *(specify Doe numbers):* 1-50      are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
  a. ☐ at least one defendant now resides in its jurisdictional area.
  b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
  c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
  d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
  a. ☐ has complied with applicable claims statutes, **or**
  b. ☐ is excused from complying because *(specify):*

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

**PLD-PI-001**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Blom vs. UBS | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. ☐ Motor Vehicle
   b. ☐ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☑ Other *(specify):*

   General negligence-Wrongful death
   General negligence-negligent infliction of emotional distress

11. Plaintiff has suffered
   a. ☑ wage loss
   b. ☐ loss of use of property
   c. ☑ hospital and medical expenses
   d. ☑ general damage
   e. ☐ property damage
   f. ☐ loss of earning capacity
   g. ☑ other damage *(specify):*

   See allegation of damages in Paragraph 12.

12. ☑ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☑ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) ☑ according to proof
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 7/22/2021

DALE CHEN
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

Blom vs. UBS Financial Services Inc.          Case no. _____

## ATTACHMENT 12 TO COMPLAINT

Plaintiffs were the parents of the deceased (Linus Blom).

Plaintiffs claim the following damages for the wrongful death Linus Blom:

The value of the financial support that Linus Blom would have contributed to the family during either the life expectancy that Linus Blom had before his death or the life expectancies of Jan Blom and Ida Irena Karoliina Kolankiewicz-Blom, whichever is shorter; the loss of gifts or benefits that Jan Blom and Ida Irena Karoliina Kolankiewicz-Blom could have expected to receive from Linus Blom; funeral and burial expenses; and the reasonable value of household services that Linus Blom would have provided; and damages for  the loss of Linus Blom's love, companionship, comfort, care, assistance, protection, affection, society, and moral support.

- 1 -

Blom vs. UBS / Case no. _____. Attachment 12 to complaint

**PLD-PI-001(2)**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Blom vs. UBS | |

FIRST _____   **CAUSE OF ACTION—General Negligence**   Page ___ 5 ___
     (number)

ATTACHMENT TO   ☑ Complaint   ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):*   Jan Blom and Ida Irena Kolankiewicz-Blom

     alleges that defendant *(name):*   UBS Financial Services Inc.

.

          ☑ Does   1 _____   to   50 _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on *(date):*  7/19/20-7/22/20
at *(place):*  16212 George St., Los Gatos CA 95032

*(description of reasons for liability):*

Defendants so negligently failed to cancel, terminate, deactivate, place a hold on , or otherwise
disable the use of plaintiffs UBS credit/debit card after Plaintiff Jan Blom notified Defendant
UBS on or about July 19, 2020 that the card was lost or stolen and requested that the card be
canceled,  as to cause Plaintiffs' child, Linus Blom (deceased), who was 17 years old, to use the
card to make unauthorized cash withdrawals from various ATM machines and to receive cash
back on a purchase, between 7/19/20 and 7/22/20 for a total $1,250.00.  Linus Blom used the
cash to purchase and use illicit drugs, thereby causing his death from a drug overdose on July 22,
2020.  All of the aforementioned ATM withdrawals and the cashback from the purchase were
made after Plaintiff Jan Blom notified UBS to cancel the card, and UBS assured Plaintiffs that the
card would be canceled immediately.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]
     **CAUSE OF ACTION—General Negligence**
Code of Civil Procedure 425.12
www.courtinfo.ca.gov

**PLD-PI-001(2)**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Blom vs. UBS | |

SECOND _____  **CAUSE OF ACTION—General Negligence**  Page ___ 6 ___
  (number)

ATTACHMENT TO  ☑ Complaint  ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):*  Jan Blom and Ida Irena Kolankiewicz-Blom

  alleges that defendant *(name):*  UBS Financial Services Inc.

  ☑ Does  1 _____  to  50 _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on *(date):*  7/19/20-7/23/20
at *(place):*  16212 George St., Los Gatos CA 95032

*(description of reasons for liability):*

Plaintiff incorporates herein each and every allegation contained in the first cause of action.

At all times herein mentioned, Plaintiffs were in close proximity to the events described
hereinabove in that Plaintiffs notified UBS on 7/19/20 that their credit/debit card was lost or
stolen and requested that the card be canceled. Defendant UBS assured Plaintiffs that the
credit/debit card would be canceled immediately.  On July 22, 2020, Plaintiffs discovered Linus
Blom dead in his bed. On July 23, 2020, the police informed Plaintiffs that Linus Blom had
withdrawn large amounts of money with Plaintiffs' debit card to buy drugs. On the same day,
Plaintiffs contacted UBS, and to Plaintiffs' shock and surprise,  USB confirmed that it had made
an error and had not canceled the card.

Because of the negligence of Defendant and as a proximate result thereof, Plaintiffs suffered
severe emotional distress and mental suffering, all of which has caused, continues to cause, and
will cause them great physical and mental pain and suffering, all to their damage.

Plaintiffs were reasonably required to and did incur medical and incidental expenses for the
examination, treatment, and care of these injuries, the exact amount of which is unknown at this
time. Plaintiffs are informed and believe, and therefore allege, that plaintiffs will in the future be
reasonably required to incur similar obligations.

Plaintiff Jan Blom has lost wage benefits and has thereby suffered damages.

Wherefore Plaintiff's pray judgment against Defendant for the damages hereinabove alleged.

Page 1 of 1

| Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001(2) [Rev. January 1, 2007] | **CAUSE OF ACTION—General Negligence** | Code of Civil Procedure 425.12<br>www.courtinfo.ca.gov |
|---|---|---|

# EXHIBIT B

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

UBS FINANCIAL SERVICES INC.
and DOES 1-50

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Jan Blom and Ida Irena Kolankiewicz-Blom

E-FILED
7/22/2021 4:36 PM
Clerk of Court
Superior Court of CA,
County of Santa Clara
21CV386012
Reviewed By: D Harris
Envelope: 6907572

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

**CASE NUMBER:**
*(Número del Caso):* 21CV386012

Superior Court of California, County of Santa Clara
191 North First St. San Jose CA 95113

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Dale N. Chen, Esq. 4655 Old Ironsides Dr. Ste. 220 Santa Clara CA 95054     408-562-1000

| DATE:<br>*(Fecha)* 7/22/2021 4:36 PM | Clerk of Court | Clerk, by<br>*(Secretario)* D Harris | , Deputy<br>*(Adjunto)* |
| --- | --- | --- | --- |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

# EXHIBIT C

21CV386012
Santa Clara - Civil

**POS-010**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>  DALE CHEN | SBN : 114701<br>  LAW OFFICES OF DALE CHEN<br>  4655 OLD IRONSIDES DR., STE. 220   SANTA CLARA, CA 95054<br><br>TELEPHONE NO.: (408) 562-1000 | FAX NO. (415) 434-8413 | E-MAIL ADDRESS *(Optional):* dalechen@live.com<br>ATTORNEY FOR *(Name):* Plaintiff: | FOR COURT USE ONLY<br>R. Fleming<br><br>**Electronically Filed<br>by Superior Court of CA,<br>County of Santa Clara,<br>on 5/2/2022 6:12 PM<br>Reviewed By: R. Fleming<br>Case #21CV386012<br>Envelope: 8889223** |

**SANTA CLARA SUPERIOR COURT OF CALIFORNIA**

STREET ADDRESS: 191 N. FIRST ST.

MAILING ADDRESS:

CITY AND ZIP CODE: SAN JOSE, CA 95113

BRANCH NAME: CIVIL

| | |
|---|---|
| PLAINTIFF:   JAN BLOM AMD IDA IRENA KOLANKIEWICZ-BLOM<br><br>DEFENDANT:   UBS FINANCIAL SERVICES, INC. ,et al. | CASE NUMBER:<br>21CV386012 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>Blom vs |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents):* **CIVIL LAWSUIT NOTICE**
3. a. Party served *(specify name of party as shown on documents served):*
   **UBS FINANCIAL SERVICES, INC.**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **CSC - LAWYERS INCORPORATING SERVICE, REGISTERED AGENT - Koy Saechao, Intake Clerk -**

   | | | | |
   |---|---|---|---|
   | Age: 45 | Weight: 150 | Hair: BLACK | Sex: Female |
   | Height: 5'5" | Eyes: | Race: ASIAN | |

4. Address where the party was served:   **CSC - LAWYERS INCORPORATING SERVICE<br>2710 GATEWAY OAKS DR STE 150N<br>SACRAMENTO, CA 95833**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **4/29/2022**   (2) at *(time):* **2:35 PM**

   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
      *(date):* from *(city):*                    **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| | | |
|---|---|---|
| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>**POS010-1/6351** |

| PETITIONER: **JAN BLOM AMD IDA IRENA KOLANKIEWICZ-BLOM** | CASE NUMBER: |
|---|---|
| RESPONDENT: **UBS FINANCIAL SERVICES, INC. ,et al.** | **21CV386012** |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*             (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☑ On behalf of *(specify):* **UBS FINANCIAL SERVICES, INC.**

   under the following Code of Civil Procedure section:

   ☑ 416.10 (corporation)               ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)         ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)               ☐ 415.46 (occupant)
                                  ☐ other:

7. **Person who served papers**
a. Name: **ROBERT J. MASON - Golden State Legal, Inc.**
b. Address: **533 Airport Blvd., Suite 400  Burlingame, CA 94010**
c. Telephone number: **(650) 517-6200**
d. **The fee** for service was: **$ 150.00**
e. I am:

   (1) ☐ not a registered California process server.
   (2) ☑ exempt from registration under Business and Professions Code section 22350(b).
   (3) ☑ registered California process server:
      (i) ☐ owner   ☐ employee    ☑ independent contractor.
      (ii) Registration No.: **03-007**
      (iii) County: **PLACER**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **5/2/2022**

**Golden State Legal, Inc.**
**533 Airport Blvd., Suite 400**
**Burlingame, CA 94010**
**(650) 517-6200**
**www.GoldenStateLegal.com**

      **ROBERT J. MASON**          ▶      *RM*
   (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)       (SIGNATURE)

# EXHIBIT D

CM-010

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
Dale N. Chen, Attorney at Law SBN 114701
LAW OFFICES OF DALE N CHEN
4655 OLD IRONSIDES DR. STE. 220, SANTA CLARA CA 95054

TELEPHONE NO.: 408-562-1000    FAX NO.: 415-434-8413
ATTORNEY FOR *(Name):* Jan Blom and Ida Irena Kolankiewicz-Blom

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SANTA CLARA
STREET ADDRESS: 191 NORTH FIRST
MAILING ADDRESS: 191 NORTH FIRST
CITY AND ZIP CODE: SAN JOSE CA 95113
BRANCH NAME: DOWNTOWN COURTHOUSE

CASE NAME:
BLOM VS. UBS

*FOR COURT USE ONLY*

Electronically Filed
by Superior Court of CA,
County of Santa Clara,
on 7/22/2021 4:36 PM
Reviewed By: D Harris
Case #21CV386012
Envelope: 6907572

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: 21CV386012 |
|---|---|---|---|
| [✓] Unlimited (Amount demanded exceeds $25,000) | [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter  [ ] Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: <br> DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[✓] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [✓] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [✓] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action *(specify):* TWO
5. This case [ ] is [✓] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 7/22/2021
DALE CHEN
_____
(TYPE OR PRINT NAME)                        ▶                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

21CV386012
Santa Clara – Civil                                                                                                                    R. Fleming

CM-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| DALE N CHEN ESQ. SBN 114701<br>LAW OFFICES OF DALE N CHEN<br>4655 OLD IRONSIDES DR. STE. 220, SANTA CLARA CA 95054<br>TELEPHONE NO.: 408-562-1000    FAX NO. (Optional): 415-434-8413<br>E-MAIL ADDRESS (Optional): dalechen@live.com<br>ATTORNEY FOR (Name): PLAINTIFFS JAN BLOM et al. | **Electronically Filed<br>by Superior Court of CA,<br>County of Santa Clara,<br>on 11/29/2021 12:45 PM<br>Reviewed By: R. Fleming<br>Case #21CV386012<br>Envelope: 7745724** |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
STREET ADDRESS: 191 NORTH FIRST ST
MAILING ADDRESS: 191 NORTH FIRST ST
CITY AND ZIP CODE: SAN JOSE CA 95113
BRANCH NAME: DOWNTOWN COURTHOUSE

PLAINTIFF/PETITIONER: JAN BLOM et al.

DEFENDANT/RESPONDENT: UBS FINANCIAL SERVICES INC., et al.

| **CASE MANAGEMENT STATEMENT** | CASE NUMBER: |
|---|---|
| (Check one):  ☑ **UNLIMITED CASE**   ☐ **LIMITED CASE**<br>(Amount demanded      (Amount demanded is $25,000<br>exceeds $25,000)         or less) | 21CV386012 |

A **CASE MANAGEMENT CONFERENCE** is scheduled as follows:

Date: 11/30/2021        Time: 1:30 PM    Dept.: 2        Div.:            Room:

Address of court (if different from the address above):

☐  **Notice of Intent to Appear by Telephone, by (name):**

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** (answer one):
   a. ☑  This statement is submitted by party (name):
   b. ☐  This statement is submitted **jointly** by parties (names):

2. **Complaint and cross-complaint** (to be answered by plaintiffs and cross-complainants only)
   a.   The complaint was filed on (date): 7/22/2021
   b. ☐  The cross-complaint, if any, was filed on (date):

3. **Service** (to be answered by plaintiffs and cross-complainants only)
   a. ☐  All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
   b. ☑  The following parties named in the complaint or cross-complaint
       (1) ☑  have not been served (specify names and explain why not):
              UBS FINANCIAL SERVICES INC.
       (2) ☐  have been served but have not appeared and have not been dismissed (specify names):
       (3) ☐  have had a default entered against them (specify names):
   c. ☐  The following additional parties may be added (specify names, nature of involvement in case, and date by which
       they may be served):

4. **Description of case**
   a.   Type of case in  ☑ complaint    ☐ cross-complaint    (Describe, including causes of action):
        wrongful death negligence

Page 1 of 5

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-110 [Rev. July 1, 2011] | **CASE MANAGEMENT STATEMENT** | Cal. Rules of Court,<br>rules 3.720–3.730<br>www.courts.ca.gov |
|---|---|---|

CM-110

| PLAINTIFF/PETITIONER: JAN BLOM et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: UBS FINANCIAL SERVICES INC., et al. | 21CV386012 |

4. b. Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

Defendant's failed to cancel plaintiff's credit/debit card upon request resulting in Plaintiff's child using the card to purchase and use illicit drugs that resulted in the death of the child.

☐ *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5. **Jury or nonjury trial**
The party or parties request ☑ a jury trial. ☐ a nonjury trial. *(If more than one party, provide the name of each party requesting a jury trial):*

6. **Trial date**
   a. ☑ The trial has been set for *(date)*:
   b. ☐ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*

   c. Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

7. **Estimated length of trial**
The party or parties estimate that the trial will take *(check one):*
   a. ☑ days *(specify number):* 5
   b. ☐ hours (short causes) *(specify):*

8. **Trial representation** *(to be answered for each party)*
The party or parties will be represented at trial ☑ by the attorney or party listed in the caption ☐ by the following:
   a. Attorney:
   b. Firm:
   c. Address:
   d. Telephone number:                              f. Fax number:
   e. E-mail address:                                g. Party represented:
   ☐ Additional representation is described in Attachment 8.

9. **Preference**
   ☐ This case is entitled to preference *(specify code section):*

10. **Alternative dispute resolution (ADR)**
   a. **ADR information package.** Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 for information about the processes available through the court and community programs in this case.

      (1) For parties represented by counsel: Counsel ☑ has ☐ has not provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.

      (2) For self-represented parties: Party ☐ has ☐ has not reviewed the ADR information package identified in rule 3.221.

   b. **Referral to judicial arbitration or civil action mediation** *(if available).*

      (1) ☐ This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the statutory limit.

      (2) ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.

      (3) ☐ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1775 et seq. *(specify exemption):*

CM-110

| PLAINTIFF/PETITIONER: JAN BLOM et al. | CASE NUMBER:<br>21CV386012 |
|---|---|
| DEFENDANT/RESPONDENT: UBS FINANCIAL SERVICES INC., et al. | |

10. c. Indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or have already participated in *(check all that apply and provide the specified information):*

| | The party or parties completing this form **are willing** to participate in the following ADR processes *(check all that apply):* | If the party or parties completing this form in the case **have agreed** to participate in or have already completed an ADR process or processes, indicate the status of the processes *(attach a copy of the parties' ADR stipulation):* |
|---|---|---|
| (1) Mediation | ☑ | ☑ Mediation session not yet scheduled<br>☐ Mediation session scheduled for *(date):*<br>☐ Agreed to complete mediation by *(date):*<br>☐ Mediation completed on *(date):* |
| (2) Settlement conference | ☑ | ☑ Settlement conference not yet scheduled<br>☐ Settlement conference scheduled for *(date):*<br>☐ Agreed to complete settlement conference by *(date):*<br>☐ Settlement conference completed on *(date):* |
| (3) Neutral evaluation | ☑ | ☑ Neutral evaluation not yet scheduled<br>☐ Neutral evaluation scheduled for *(date):*<br>☐ Agreed to complete neutral evaluation by *(date):*<br>☐ Neutral evaluation completed on *(date):* |
| (4) Nonbinding judicial arbitration | ☐ | ☐ Judicial arbitration not yet scheduled<br>☐ Judicial arbitration scheduled for *(date):*<br>☐ Agreed to complete judicial arbitration by *(date):*<br>☐ Judicial arbitration completed on *(date):* |
| (5) Binding private arbitration | ☐ | ☐ Private arbitration not yet scheduled<br>☐ Private arbitration scheduled for *(date):*<br>☐ Agreed to complete private arbitration by *(date):*<br>☐ Private arbitration completed on *(date):* |
| (6) Other *(specify):* | ☑ | ☑ ADR session not yet scheduled<br>☐ ADR session scheduled for *(date):*<br>☐ Agreed to complete ADR session by *(date):*<br>☐ ADR completed on *(date):* |

CM-110

| PLAINTIFF/PETITIONER: JAN BLOM et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: UBS FINANCIAL SERVICES INC., et al. | 21CV386012 |

**11. Insurance**

   a. ☐ Insurance carrier, if any, for party filing this statement *(name):*

   b. Reservation of rights: ☐ Yes ☐ No

   c. ☐ Coverage issues will significantly affect resolution of this case *(explain):*

**12. Jurisdiction**

Indicate any matters that may affect the court's jurisdiction or processing of this case and describe the status.

   ☐ Bankruptcy ☐ Other *(specify):*

Status:

**13. Related cases, consolidation, and coordination**

   a. ☑ There are companion, underlying, or related cases.

      (1) Name of case: Blom vs. Newport Academy

      (2) Name of court: Santa Clara County Superior Court

      (3) Case number: 21CV389247

      (4) Status: pending; CMC is set for 2/22/22 dept 7

      ☐ Additional cases are described in Attachment 13a.

   b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by *(name party):*

**14. Bifurcation**

   ☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*

**15. Other motions**

   ☐ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*

**16. Discovery**

   a. ☐ The party or parties have completed all discovery.

   b. ☑ The following discovery will be completed by the date specified *(describe all anticipated discovery):*

| Party | Description | Date |
|---|---|---|
| Plaintiff | TBD | TBD |

   c. ☐ The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated *(specify):*

**CASE MANAGEMENT STATEMENT**



# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SANTA CLARA

### MINUTE ORDER

| | |
|---|---|
| JAN BLOM et al vs UBS FINANCIAL SERVICES INC. | Hearing Start Time: 1:30 PM |
| 21CV386012 | Hearing Type: Conference: Case Management |
| Date of Hearing:  11/30/2021 | Comments: 17 |

| | | | |
|---|---|---|---|
| Heard By: | Mikkelsen, Laurie | Location: | Department 2 |
| Courtroom Reporter: | | Courtroom Clerk: | Farris Bryant |
| | | Court Interpreter: | |
| | | Court Investigator: | |
| **Parties Present:** | | **Future Hearings:** | |
| Chen, Dale Nathan | Attorney | | |
| **Exhibits:** | | | |

- Set for further Case Management Conference on 5/3/22 at 10:00 a.m. in Department 2.

Plaintiff to notice defendant.

CM-110

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br><br>DALE N CHEN ESQ. SBN 114701<br>LAW OFFICES OF DALE N CHEN<br>4655 OLD IRONSIDES DR. STE. 220, SANTA CLARA CA 95054<br>TELEPHONE NO.: 408-562-1000          FAX NO. *(Optional):* 415-434-8413<br>E-MAIL ADDRESS *(Optional):* dalechen@live.com<br>ATTORNEY FOR *(Name):* PLAINTIFFS JAN BLOM et al. | **FOR COURT USE ONLY**<br><br>**Electronically Filed<br>by Superior Court of CA,<br>County of Santa Clara,<br>on 5/2/2022 11:32 AM<br>Reviewed By: R. Fleming<br>Case #21CV386012<br>Envelope: 8883131** |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
STREET ADDRESS: 191 NORTH FIRST ST
MAILING ADDRESS: 191 NORTH FIRST ST
CITY AND ZIP CODE: SAN JOSE CA 95113
BRANCH NAME: DOWNTOWN COURTHOUSE

PLAINTIFF/PETITIONER: JAN BLOM et al.

DEFENDANT/RESPONDENT: UBS FINANCIAL SERVICES INC., et al.

| CASE MANAGEMENT STATEMENT | CASE NUMBER: |
|---|---|
| *(Check one):* ☑ **UNLIMITED CASE** ☐ **LIMITED CASE**<br>(Amount demanded          (Amount demanded is $25,000<br>exceeds $25,000)          or less) | 21CV386012 |

A **CASE MANAGEMENT CONFERENCE** is scheduled as follows:

Date: 5/3/2022          Time: 10:00 AM          Dept.: 2          Div.:          Room:

Address of court *(if different from the address above):*

☐ Notice of Intent to Appear by Telephone, by *(name):*

---

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one):*
   a. ☑ This statement is submitted by party *(name):* JAN BLOM
   b. ☐ This statement is submitted **jointly** by parties *(names):*

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date):* 7/22/2021
   b. ☐ The cross-complaint, if any, was filed on *(date):*

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. ☐ All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
   b. ☑ The following parties named in the complaint or cross-complaint
      (1) ☐ have not been served *(specify names and explain why not):*
      (2) ☑ have been served but have not appeared and have not been dismissed *(specify names):*
      (3) ☐ have had a default entered against them *(specify names):*
   c. ☐ The following additional parties may be added *(specify names, nature of involvement in case, and date by which they may be served):*

4. **Description of case**
   a. Type of case in ☑ complaint ☐ cross-complaint *(Describe, including causes of action):*
      wrongful death negligence

Form Adopted for Mandatory Use
Judicial Council of California
CM-110 [Rev. July 1, 2011]

**CASE MANAGEMENT STATEMENT**

Cal. Rules of Court,
rules 3.720–3.730
*www.courts.ca.gov*

**CM-110**

| | CASE NUMBER: |
|---|---|
| PLAINTIFF/PETITIONER: JAN BLOM et al. | 21CV386012 |
| DEFENDANT/RESPONDENT: UBS FINANCIAL SERVICES INC., et al. | |

4. b.  Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

Defendant's failed to cancel plaintiff's credit/debit card upon request resulting in Plaintiff's child using the card to purchase and use illicit drugs that resulted in the death of the child.

☐  *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5. **Jury or nonjury trial**
The party or parties request ☑ a jury trial ☐ a nonjury trial.  *(If more than one party, provide the name of each party requesting a jury trial):*

6. **Trial date**
a. ☐  The trial has been set for *(date):*
b. ☑  No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*

c.  Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

7. **Estimated length of trial**
The party or parties estimate that the trial will take *(check one):*
a. ☑  days *(specify number):* 5
b. ☐  hours (short causes) *(specify):*

8. **Trial representation** *(to be answered for each party)*
The party or parties will be represented at trial ☑ by the attorney or party listed in the caption ☐ by the following:
a.  Attorney:
b.  Firm:
c.  Address:
d.  Telephone number:
e.  E-mail address:
f.  Fax number:
g.  Party represented:
☐  Additional representation is described in Attachment 8.

9. **Preference**
☐  This case is entitled to preference *(specify code section):*

10. **Alternative dispute resolution (ADR)**
a. **ADR information package.** Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 for information about the processes available through the court and community programs in this case.

(1) For parties represented by counsel: Counsel ☑ has ☐ has not provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.

(2) For self-represented parties: Party ☐ has ☐ has not reviewed the ADR information package identified in rule 3.221.

b. **Referral to judicial arbitration or civil action mediation** (if available).

(1) ☐  This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the statutory limit.

(2) ☐  Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.

(3) ☐  This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1775 et seq. *(specify exemption):*

**CASE MANAGEMENT STATEMENT**

**CM-110**

| | |
|---|---|
| PLAINTIFF/PETITIONER: JAN BLOM et al. | CASE NUMBER: |
| DEFENDANT/RESPONDENT: UBS FINANCIAL SERVICES INC., et al. | 21CV386012 |

10.  c.  Indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or have already participated in *(check all that apply and provide the specified information)*:

| | The party or parties completing this form **are willing** to participate in the following ADR processes *(check all that apply)*: | If the party or parties completing this form in the case **have agreed** to participate in or have already completed an ADR process or processes, indicate the status of the processes *(attach a copy of the parties' ADR stipulation)*: |
|---|---|---|
| (1) Mediation | ☑ | ☑ Mediation session not yet scheduled <br> ☐ Mediation session scheduled for *(date)*: <br> ☐ Agreed to complete mediation by *(date)*: <br> ☐ Mediation completed on *(date)*: |
| (2) Settlement conference | ☑ | ☑ Settlement conference not yet scheduled <br> ☐ Settlement conference scheduled for *(date)*: <br> ☐ Agreed to complete settlement conference by *(date)*: <br> ☐ Settlement conference completed on *(date)*: |
| (3) Neutral evaluation | ☑ | ☑ Neutral evaluation not yet scheduled <br> ☐ Neutral evaluation scheduled for *(date)*: <br> ☐ Agreed to complete neutral evaluation by *(date)*: <br> ☐ Neutral evaluation completed on *(date)*: |
| (4) Nonbinding judicial arbitration | ☐ | ☐ Judicial arbitration not yet scheduled <br> ☐ Judicial arbitration scheduled for *(date)*: <br> ☐ Agreed to complete judicial arbitration by *(date)*: <br> ☐ Judicial arbitration completed on *(date)*: |
| (5) Binding private arbitration | ☐ | ☐ Private arbitration not yet scheduled <br> ☐ Private arbitration scheduled for *(date)*: <br> ☐ Agreed to complete private arbitration by *(date)*: <br> ☐ Private arbitration completed on *(date)*: |
| (6) Other *(specify)*: | ☑ | ☑ ADR session not yet scheduled <br> ☐ ADR session scheduled for *(date)*: <br> ☐ Agreed to complete ADR session by *(date)*: <br> ☐ ADR completed on *(date)*: |

**CASE MANAGEMENT STATEMENT**

**CM-110**

| | |
|---|---|
| PLAINTIFF/PETITIONER: JAN BLOM et al. | CASE NUMBER: |
| DEFENDANT/RESPONDENT: UBS FINANCIAL SERVICES INC., et al. | 21CV386012 |

**11. Insurance**

   a. ☐ Insurance carrier, if any, for party filing this statement *(name):*

   b. Reservation of rights: ☐ Yes ☐ No

   c. ☐ Coverage issues will significantly affect resolution of this case *(explain):*

**12. Jurisdiction**

Indicate any matters that may affect the court's jurisdiction or processing of this case and describe the status.

   ☐ Bankruptcy ☐ Other *(specify):*

Status:

**13. Related cases, consolidation, and coordination**

   a. ☑ There are companion, underlying, or related cases.

      (1) Name of case:  Blom vs. Newport Academy

      (2) Name of court:  Santa Clara County Superior Court

      (3) Case number:  21CV389247

      (4) Status: pending; CMC is set for 2/22/22 dept 7

      ☐ Additional cases are described in Attachment 13a.

   b. ☐ A motion to ☐ consolidate ☐ coordinate  will be filed by *(name party):*

**14. Bifurcation**

   ☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*

**15. Other motions**

   ☐ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*

**16. Discovery**

   a. ☐ The party or parties have completed all discovery.

   b. ☑ The following discovery will be completed by the date specified *(describe all anticipated discovery):*

| Party | Description | Date |
|---|---|---|
| Plaintiff | TBD | TBD |

   c. ☐ The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated *(specify):*

**CASE MANAGEMENT STATEMENT**

**CM-110**

| | | |
|---|---|---|
| PLAINTIFF/PETITIONER: | JAN BLOM et al. | CASE NUMBER: |
| DEFENDANT/RESPONDENT: | UBS FINANCIAL SERVICES INC., et al. | 21CV386012 |

**17. Economic litigation**

a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90-98 will apply to this case.

b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

**18. Other issues**

☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

**19. Meet and confer**

a. ☐ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):*

b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*

20. Total number of pages attached *(if any):* _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: 5/2/2022

| | |
|---|---|
| DALE CHEN ESQ | |
| (TYPE OR PRINT NAME) | (SIGNATURE OF PARTY OR ATTORNEY) |
| | |
| (TYPE OR PRINT NAME) | (SIGNATURE OF PARTY OR ATTORNEY) |

☐ Additional signatures are attached.

CM-110

| PLAINTIFF/PETITIONER: | JAN BLOM et al. | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | UBS FINANCIAL SERVICES INC., et al. | 21CV386012 |

**17. Economic litigation**

    a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90-98 will apply to this case.

    b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

**18. Other issues**

    ☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

**19. Meet and confer**

    a. ☐ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):*

    b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*

20. Total number of pages attached *(if any):* _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: 11/29/2021

DALE CHEN ESQ
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached.

**CASE MANAGEMENT STATEMENT**



# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SANTA CLARA

## MINUTE ORDER

| | |
|---|---|
| JAN BLOM et al vs UBS FINANCIAL SERVICES INC. | Hearing Start Time: 10:00 AM |
| | Hearing Type: Conference: Further Case Management |
| 21CV386012 | |
| Date of Hearing:  05/03/2022 | Comments: 16 |

| | | | |
|---|---|---|---|
| Heard By: | Takaichi, Drew C | Location: | Department 2 |
| Courtroom Reporter: | - No Court Reporter | Courtroom Clerk: | Farris Bryant |
| | | Court Interpreter: | |
| | | Court Investigator: | |

**Parties Present:**                                    **Future Hearings:**

  Chen, Dale Nathan              Attorney
**Exhibits:**

---

  - Set for further Case Management Conference on 10/18/22 at 10:00 a.m. in Department 2.

---

**<u>PROOF OF SERVICE</u>**

I, Kathryn M. Arnote, the undersigned, declare that:

I am employed in the County of Los Angeles, State of California, over the age of 18, and not a party to this cause.  My business address is 10100 Santa Monica Blvd., Suite 2200, Los Angeles, CA  90067.

On May 31, 2022, I caused a true and correct copy of the **DECLARATION OF ANDREW M. HUTCHISON IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT** to be served on the parties in this cause as follows:

**VIA OVERNIGHT DELIVERY** – by placing the above-named document in a sealed envelope addressed as set forth below, or on the attached service list and by then placing said envelope for collection and overnight delivery via Federal Express in accordance with Loeb & Loeb's ordinary business practices.

**VIA EMAIL –** I caused the transmission of the above-named document(s) to the email address set forth below, or on the attached service list.

Dale N. Chen, Esq.
Law Office of Dale N. Chen
4655 Old Ironsides Dr., Suite 220
Santa Clara, CA  95054
Email:  dalechen@live.com

I am readily familiar with my company's practice for collecting and processing correspondence for mailing with the United States Postal Service and Overnight Delivery Service. That practice includes the deposit of all correspondence with the United States Postal Service and/or Overnight Delivery Service the same day it is collected and processed.

I certify that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on May 31, 2022, at Los Angeles, California.

Kathryn M. Arnote

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

22280598.2
239779-10008

DECLARATION OF ANDREW M. HUTCHISON IN SUPPORT OF
DEFENDANT'S NOTICE OF REMOVAL OF ACTION TO FEDERAL
COURT